IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LAMBERTO MEDRANO-ALVAREZ,

       Plaintiff,

vs.                                                                    1:22-cv-00151-RB-LF

CORECIVIC, INC, CHAD MILLER, Warden,
in his individual capacity, and FNU PINE, in his
individual capacity,

       Defendants.

## INITIAL SCHEDULING ORDER

This case is assigned to me for scheduling, case management, discovery, and other non-dispositive motions.  The Federal Rules of Civil Procedure and the Court's Local Rules of Civil Procedure will apply to this lawsuit.

The parties met and conferred on **Tuesday, July 19, 2022,** to formulate a provisional discovery plan.  FED. R. CIV. P. 26(f).  The time allowed for discovery is generally 120 to 150 days.  The parties filed a  Joint Status Report and Provisional Discovery Plan ("JSR") on **Tuesday, August 02, 2022.**

A Rule 16 scheduling conference will be conducted by telephone on **Tuesday, August 16, 2022, at 2:00 p.m.  Counsel shall call my AT&T toll-free conference line at 1-888-363-4734 and dial access code 5407449 to be joined to the proceedings.**

At the Rule 16 scheduling conference, counsel should be prepared to discuss discovery needs and scheduling, all claims and defenses, the use of scientific evidence and whether a *Daubert*[1] hearing is needed, initial disclosures, and the time of expert disclosures and reports

---

[1] *Daubert v. Merrell Dow Pharmaceuticals*, 509 U. S. 579 (1993).

under FED. R. CIV. P. 26(a)(2).  We also will discuss settlement prospects and alternative dispute resolution possibilities and consideration of consent pursuant to 28 U.S.C. § 636(c).  Client attendance is not required.  All parties should review the Court's webpage at: https://www.nmd.uscourts.gov/content/honorable-laura-fashing, particularly noting the Procedures Tab and linked Guidelines for Proposed Protective Orders and Phone Conferences (to resolve minor discovery matters).

Plaintiff(s) shall serve a copy of this order on any parties that have been served but have not yet entered an appearance and shall file a certificate of service with the Court documenting such service.  Plaintiff(s) shall serve a copy of this order on any parties not yet served along with the summons and complaint.

_____
Laura Fashing
United States Magistrate Judge