IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LAMBERTO MEDRANO-ALVAREZ,

         Plaintiff,

vs.                                                     1:22-cv-00151-RB-LF

CORECIVIC, INC, CHAD MILLER, Warden,
in his individual capacity, and FNU PINE, in his
individual capacity,

         Defendants.

## SECOND INITIAL SCHEDULING ORDER

This case is assigned to me for scheduling, case management, discovery, and other non-dispositive motions.  The Federal Rules of Civil Procedure and the Court's Local Rules of Civil Procedure will apply to this lawsuit.

The parties met and conferred on **Tuesday, July 19, 2022,** to formulate a provisional discovery plan.  FED. R. CIV. P. 26(f).  The parties need not meet again, but should confer to form an updated provisional discovery plan.

The parties will cooperate in preparing a **Second** Joint Status Report and Provisional Discovery Plan ("JSR").  The time allowed for discovery is generally 120 to 180 days.  Please visit the Court's website, www.nmcourt.fed.us, to download the standardized Joint Status Report and Provisional Discovery Plan form.  The blanks for suggested/proposed dates are to be filled in by the parties.  Actual dates will be promulgated by order of the Court shortly after the Rule 16 scheduling conference.  Plaintiff, or defendant in removed cases, is responsible for filing the Second JSR by **Thursday, February 09, 2023.**

Good cause must be shown and the Court's express and written approval obtained for any modification of the dates in the scheduling order that issue from the JSR.

A Rule 16 scheduling conference will be conducted by telephone on **Thursday, February 16, 2023, at 2:30 p.m.  Counsel shall call my AT&T toll-free conference line at 1-888-363-4734 and dial access code 5407449 to be joined to the proceedings.**

At the Rule 16 scheduling conference, counsel should be prepared to discuss discovery needs and scheduling, all claims and defenses, the use of scientific evidence and whether a *Daubert*[1] hearing is needed, initial disclosures, and the time of expert disclosures and reports under FED. R. CIV. P. 26(a)(2).  We also will discuss settlement prospects and alternative dispute resolution possibilities and consideration of consent pursuant to 28 U.S.C. § 636(c).  Client attendance is not required.  All parties should review the Court's webpage at:

https://www.nmd.uscourts.gov/content/honorable-laura-fashing, particularly noting the Procedures Tab and linked Guidelines for Proposed Protective Orders and Phone Conferences (to resolve minor discovery matters).

Plaintiff(s) shall serve a copy of this order on any parties that have been served but have not yet entered an appearance and shall file a certificate of service with the Court documenting such service.  Plaintiff(s) shall serve a copy of this order on any parties not yet served along with the summons and complaint.

_____
Laura Fashing
United States Magistrate Judge

---

[1] *Daubert v. Merrell Dow Pharmaceuticals*, 509 U. S. 579 (1993).