IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LAMBERTO MEDRANO-ALVAREZ,

       Plaintiff,

vs.

                                No. 1:22-cv-00151-RB-LF

CORECIVIC, INC.,
WARDEN CHAD MILLER,
in his individual capacity, and
OFFICER PINE,
in his individual capacity,

       Defendants.

## ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE

The Court, having considered the parties' Joint Motion to Extend Deadline, and for good cause shown,

IT IS HEREBY ORDERED that the parties' Joint Motion to Extend Deadline is GRANTED.  The parties must file closing documents by July 24, 2023.

IT IS SO ORDERED.

_____
LAURA FASHING
UNITED STATES MAGISTRATE JUDGE