## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**LAMBERTO MEDRANO-ALVAREZ,**

       **Plaintiff,**

vs.

                    **No. 1:22-cv-00151-RB-LF**

**CORECIVIC, INC.,**
**WARDEN CHAD MILLER,**
**in his individual capacity, and**
**OFFICER PINE,**
**in his individual capacity,**

       **Defendants.**

## ORDER GRANTING STIPULATION FOR DISMISSAL
## WITH PREJUDICE

The Court, having considered the parties' Stipulation for Dismissal with Prejudice (Doc. 48), finds the Stipulation is well-taken.

**IT IS HEREBY ORDERED** that the parties' Stipulation for Dismissal with Prejudice is **GRANTED** and this case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

_____
ROBERT C. BRACK
SENIOR U.S. DISTRICT JUDGE